UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Seth Miller,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midland Credit Management Inc.,<br><br>　　　　Defendant. | Case No.<br><br>HON.<br><br>**Removed from 63rd Judicial District Court, State of Michigan, Case No. D15C 00928 GC** |
| Seth Miller<br>*Pro se*<br>3821 Vail Ave N.W.<br>Grand Rapids, MI  49544 | Theodore W. Seitz (P60320)<br>Theodore J. Greeley (P77862)<br>Dykema Gossett PLLC<br>Attorneys for Defendant<br>201 Townsend Street, Ste. 900<br>Lansing, MI  48933<br>Phone:  (517) 374-9100<br>tseitz@dykema.com<br>tgreeley@dykema.com |

## NOTICE OF REMOVAL FROM STATE COURT

　　PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, the above-captioned action, which is currently pending in the 63rd Judicial District Court, State of Michigan, is hereby removed by Defendant Midland Credit Management, Inc. ("Midland"), to the United States District Court for the Western District of Michigan, Southern Division, by the filing of this Notice of Removal with the Clerk of the United States District Court for the Western District of Michigan, Southern Division.  As grounds for removal, Midland states as follows:

　　1.　　On or about February 13, 2015, Plaintiff filed an action in the 63rd District Court, State of Michigan, entitled *Seth Miller v. Midland Credit Management Inc.*, Case No. D15C 00928 GC (the "State Court Action").

1

2.      Midland was served with the Summons and Complaint on or about February 20, 2015.

3.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after Midland's receipt of the Summons and Complaint.

4.      Pursuant to 28 U.S.C. § 1446(a), a complete copy of all process and pleadings received by Midland in the State Court Action is attached hereto as **Exhibit A**.

5.      This Court is in the district and division "embracing the place where [the State Court] action is pending." 28 U.S.C. § 1441(a). The 63rd District Court is located in the Western District of Michigan, Southern Division.

## FEDERAL QUESTION JURISDICTION EXISTS

6.      This action is removable to this Court under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331.

7.      Plaintiff's claims arise out of alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.*, and Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227 *et seq.* See **Exhibit A**, Summons and Complaint, ¶ 1. Thus, this case is a civil action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint is founded upon claims or rights arising under the laws of the United States. *Mitchell v. Mortgage Elec. Registration Sys.*, No. 1:11-cv-425, 2012 U.S. Dist. LEXIS 45083, at *2-3 (W.D. Mich. Mar. 30, 2012) (FDCPA case removed to this Court).

8.      Because this Court has original jurisdiction under 28 U.S.C. § 1331, and because all other prerequisites for removal have been satisfied, this action is removable under 28 U.S.C. § 1441.

9. A Notice of Filing of Removal and a copy of this Notice of Removal from State Court will be filed with the 63rd Judicial District Court, State of Michigan. *See* **Exhibit B**. Copies of the same will be served upon Plaintiff upon the filing of this Notice.

THEREFORE, Defendant Midland hereby removes the State Court Action from the 63rd District Court, State of Michigan, to this Court, and requests that the Court take jurisdiction of this civil action to the exclusion of any further proceedings in the State Court Action.

Dated: March 18, 2015

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: *s/ Theodore J. Greeley*
Theodore W. Seitz (P60320)
Theodore J. Greeley (P77862)
Dykema Gossett PLLC
Attorneys for Defendant
201 Townsend Street, Ste. 900
Lansing, MI 48933
Phone: (517) 374-9100
tseitz@dykema.com
tgreeley@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, and that a copy has been served via United States First class mail, with postage prepaid, upon:

Seth Miller
*Pro se*
3821 Vail Ave N.W.
Grand Rapids, MI  49544

63rd Judicial Court Clerk
1950 East Beltline NE
Grand Rapids, MI  49525

By: *s/Theodore J. Greeley*
    Theodore W. Seitz (P60320)
    Theodore J. Greeley (P77862)
    Dykema Gossett PLLC
    Attorneys for Defendant
    201 Townsend Street, Ste. 900
    Lansing, MI  48933
    Phone:  (517) 374-9100
    tseitz@dykema.com
    tgreeley@dykema.com

LAN01\375894.1
ID\TJG - 019956\0999